THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| RESINTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIG SPECIALTY INSURANCE COMPANY and ODELL STUDNER GROUP, <br><br> Defendants. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br> No. 21-19843 (KMW-AMD) <br><br> **ORDER** |

**WILLIAMS, District Judge:**

This matter having come before the Court on the Motion to Dismiss filed by Defendant AIG Specialty Insurance Company (ECF No. 67); and the Court having read the submissions and heard the arguments of counsel during the hearing held on June 12, 2023, and the Court noting the appearances of counsel: Steven J. Pudell, Esq., appearing on behalf of Plaintiff ResinTech, Inc.; Lydia K. Deutsch, Esq., appearing on behalf of Defendant AIG Specialty Insurance Company; and Bryan M. Shay, entering an appearance on behalf of Defendant Odell Studner Group, for the reasons set forth on the record Defendant's Motion to Dismiss is denied.

IT IS this **12th** day of **June, 2023**,

**ORDERED** that the Clerk of the Court shall terminate the Motion to Dismiss [ECF No. 67].

KAREN M. WILLIAMS
United States District Judge