**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| RESINTECH, INC.,<br><br>*Plaintiff,*<br>v.<br><br>AIG SPECIALTY INSURANCE COMPANY and ODELL STUDNER GROUP,<br><br>*Defendants.* | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br><br>No. 21-19843 (KMW) (AMD)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Plaintiff ResinTech, Inc.'s ("ResinTech") Motion for Patial Summary Judgment ("ResinTech's MSJ," Dkt. No. 205); Defendant Odell Studner Group's ("Odell") Motion for Summary Judgment (Dkt. No. 196) and Motion in Limine (Dkt. No. 198); and Defendant AIG Specialty Insurance Company's ("AIG") Motion for Summary Judgment ("AIG's MSJ," Dkt. No. 197). The Court, having considered the parties' submissions without oral argument pursuant to L.Civ.R. 78.1(b); for the reasons set forth in the Court's Opinion of even date; and for good cause shown;

**IT IS** this 30th day of **June 2026**, hereby **ORDERED** that:

1. Plaintiff ResinTech's MSJ (Dkt. No. 205) is **GRANTED in part** and **DENIED in part.**
2. Defendant Odell's MSJ (Dkt. No. 196) is **DENIED.**
3. Defendant Odell's Motion in Limine (Dkt. No. 198) is **DENIED.**
4. Defendant AIG's MSJ (Dkt. No. 197) is **DENIED.**
5. The parties' remaining claims and counterclaims shall proceed consistent with the accompanying Opinion.

KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE